UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELHADJI SIDIBE,

                      **Plaintiff,**

    -against-

CLIFFORD BETHEA, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

21-CV-3771 (LAK) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Pursuant to the Civil Case Management Plan and Scheduling Order, the parties were directed to file a status letter no later than September 2, 2021. See ECF No. 11. To date, no such letter has been filed. Accordingly, the parties are directed to file their status letter no later than September 10, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 8, 2021
                New York, New York