```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**ELHADJI SIDIBE,**

                       **Plaintiff,**                     **21-CV-03771 (LAK)(SN)**

    -against-                                                  **ORDER**

**CLIFFORD BETHEA, et al.,**

                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A telephone conference is scheduled for Thursday, September 15, 2022, at 2:00 p.m. to discuss the parties' fourth motion for an extension of time to complete discovery. See ECF Nos. 24 & 25. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                      _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    New York, New York
               September 6, 2022