UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELHADJI SIDIBE,

                              Plaintiff,                        21-CV-03771 (LAK)(SN)

          -against-                                    **ORDER**

CLIFFORD BETHEA, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 15, 2022, a conference was held to discuss the parties' fourth motion for an extension of discovery. <u>See</u> ECF No. 24. Fact discovery shall close on Friday, November 11, 2022. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C) shall be completed by Monday, December 12, 2022. Disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be completed by Wednesday, January 11, 2023. Expert discovery shall close on Friday, February 10, 2023. Any summary judgment motion shall be filed, without a pre-motion letter, by Monday, March 12, 2023. No further extensions will be granted for any reason.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      New York, New York
                 September 16, 2022